## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Quadion Corporation, a Minnesota corporation doing business as Minnesota Rubber Company, | Civil No. 04-5022 (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT** |
| FedEx Freight East Inc., an Arizona corporation, | |
| Defendant. | |

_____

Blake Shepard, Jr., Esq., and Erin C. Koerselman, Esq., Leonard Street and Deinard, counsel for Plaintiff.

Brian A. Wood, Esq., Lind Jensen Sullivan & Peterson, P.A., counsel for Defendant.

_____

Upon the Stipulation of Dismissal (Doc. No. 24),

**IT IS HEREBY ORDERED** that any and all claims in this matter are hereby **DISMISSED WITH PREJUDICE**, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 25, 2005         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court